JS-6

# United States District Court
## Central District of California
### Eastern Division

FILED
CLERK, U.S. DISTRICT COURT
SEP 28, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

Theodora Sheldon,

                Plaintiff,

v.

County of Riverside et al.,

                Defendants.

EDCV 16-598-VAP (SPx)

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      Pursuant to the Order filed on September 28, 2016, IT IS ORDERED AND ADJUDGED that Plaintiff's Claims against Defendants County of Riverside, Sherrif Stan Sniff, Captain Dan Feltenberger, and Sheriff Deputy Nuno are DISMISSED WITH PREJUDICE. Plaintiff's Claims against Defendants Connie Amelang, Kathleen Harkness, and Tony Harkness are DISMISSED WITHOUT PREJUDICE to refile in California Superior Court. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   9/28/16

                                            Virginia A. Phillips
                                         Chief United States District Judge